FRANCISCA BRIGANDI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

JOHN BRIGANDI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

JOHN EDLICH, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN MILLARD, Respondent, v. ORSON P. HOWE and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

SAMUEL W. IRELAND, Plaintiff, v. THE JENNE ACETYLENE GAS MACHINE COMPANY, Defendant.— Plaintiff's exceptions sustained, motion for new trial granted, with costs to plaintiff to abide event. Held, that while the oral contract of March, 1917, superseded the written contract of October, 1916, upon which the action is founded, it did not extinguish the defendant's liability for a breach thereof, and that under the allegations of the complaint and the evidence upon the trial the plaintiff made out a case for the jury for damages for a breach thereof. All concurred.

INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Order entered March 14, 1918, affirmed, with ten dollars costs and disbursements. All concurred.

INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Order entered March 26, 1918, affirmed, with ten dollars costs and disbursements. All concurred.

NEW YORK STATE SEWER PIPE COMPANY, Appellant, v. HERBERT D. G. GREY, Respondent, and THACHER JONES, Defendant.— Judgment and order affirmed, with costs. All concurred.

THE FIRST NATIONAL BANK OF BLANCHESTER, Appellant, v. EDWARD STENGEL, Respondent.— Judgment affirmed, with costs. All concurred, except Foote and De Angelis, JJ., who dissented.

In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Appellant, v. WILLIAM S. RANN, as Corporation Counsel of the City of Buffalo, Respondent, for a Peremptory Writ of Mandamus.— Order affirmed as a matter of law and not in the exercise of any discretion, without costs. Held, we are of the opinion that the provisions of the Milburn agreement with reference to five-cent fares in the city of Buffalo are "property or rights" of the city; that any relinquishment thereof is a disposition of such "property or rights" within the meaning of section 31 of the city charter.* All concurred, except Foote, J., not voting.

In the Matter of the Judicial Settlement of the Accounts of H. ALLYN BABCOCK and Another, as Administrators, etc., of LOUIS E. BABCOCK, Deceased, Respondents. G. H. P. GOULD, Appellant.— Decree affirmed, with costs. All concurred; Hubbs, J., not sitting.

In the Matter of EDWARD GIBBONS, an Alleged Incompetent Person.— Motion denied. Held, that the mistake was in the copy and not in the original order.

* Laws of 1914, chap. 217, § 31. — [REP.